ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:38:20 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00617-CV

_____

**IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:38:20 PM
CHRISTOPHER A. PRINE
Clerk

_____

BOB DEUELL,

*Appellant,*

v.

TEXAS RIGHT TO LIFE COMMITTEE, INC.,

*Appellee.*

_____

On Interlocutory Appeal from the 152nd District Court, Harris County, Texas.

_____

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, Texas Right to Life Committee, Inc., files this Unopposed Motion for Extension of Time to File Appellee's Brief, and would show the Court as follows:

1.     The current due date for Appellee to file its Brief is *Monday, October 5, 2015*.  Appellee requests an extension of 20 days to file its Brief, to and including **Monday, October 26, 2015**.

2.     This is the second request by Appellee for additional time to file its Brief.  This Motion is timely pursuant to TEX. R. APP. P. 38.6(d).

3. The requested 20-day extension is necessary because the undersigned counsel has been involved in the following other matters:

No. CC-11-01461-C, *Hoyt et al. v. Kim et al.*, in the County Court at Law No. 3 of Dallas County, Texas (emergency preparation of an objection to an order to show-cause on behalf of the defendants' insurer with less than 2 business days' notice in advance of a September 14, 2015 hearing);

No. 04-15-00005-CV; *In re Estate of Jack Hiromi Ikenaga, Sr.*, In the Fourth Court of Appeals (preparation of response brief, filed September 23, 2015); and,

No. 01-15-00797-CV; *In re Honorable Lonnie Cox;* In the First Court of Appeals (preparation of a response to Relator's petition for writ of injunction and emergency request for temporary relief, filed on September 23, 2015).

4. The requested extension of 20 days is further necessary because the undersigned counsel is substantially involved in the following other matters:

No. 01-15-00583-CV; *The Honorable Mark Henry, County Judge of Galveston County v. The Honorable Lonnie Cox,* In the First Court of Appeals (The Appellee's brief in this case was filed on September 24, 2015. It is necessary for the undersigned counsel to prepare a reply brief in advance of oral argument in this Court, which is set for October 15, 2015, In addition, the undersigned counsel will be extensively involved in preparations for oral argument.);

5. In addition, Mr. Adams, appellate counsel for Appellee here, has an October 1, 2015 deadline for filing reply briefs on the merits in No. 14-0669, *Greer v. Abraham*, **and** No. 14-0987, *Sullivan v. Abraham*, both in the Supreme

2

Court of Texas. Furthermore, Mr. Adams will be out of the country on a long-planned family vacation from October 2, 2015 until October 14, 2015.

6.      The requested extension of time is not made for delay, but only so that justice may be done. The additional time herein requested is necessary for the preparation of a concise and helpful Appellee's brief.

7.      For all of these reasons, Appellee respectfully asks the Court to grant this unopposed Motion for additional time of 20 days to file its Appellee's Brief, to and including **Monday, October 26, 2015.**

## CERTIFICATE OF CONFERENCE

In accordance with T<small>EX</small>. R. A<small>PP</small>. P. 10.1(a)(5), the undersigned counsel for Appellant communicated with Mr. Scott Tschirhart, counsel for Appellant, who indicated Appellant is **unopposed** to this Motion being granted.

*/s/ Nicholas D. Stepp*
Nicholas D. Stepp

WHEREFORE, PREMISES CONSIDERED Appellee, Texas Right to Life Committee, Inc., respectfully requests the Court to grant this Unopposed Motion for Extension of Time to File its Appellee's Brief for 20 days, to and including **Monday, October 26, 2015.** Appellee additionally prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**B<small>EIRNE</small>, M<small>AYNARD</small> & P<small>ARSONS</small>, L.L.P.**

By: */s/ Nicholas D. Stepp*
**N. Terry Adams, Jr.**
Texas Bar No. 00874010
tadams@bmpllp.com
**Joseph M. Nixon**
Texas Bar No. 15244800
jnixon@bmpllp.com
**Nicholas D. Stepp**
Texas Bar No. 24077701
nstepp@bmpllp.com
1300 Post Oak Blvd, Suite 2500
Houston, Texas 77056
(713) 623-0887 (Tel.)
(713) 960-1527 (Fax)

**James E. "Trey" Trainor**
Texas Bar No. 24042052
ttrainor@bmpllp.com
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700  (Tel.)
(512) 623-6701  (Fax)

*Counsel for Appellee*


## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the Texas Rules of Appellate Procedure and the Local Rules of this Court and that the foregoing Motion has been electronically filed and served on all counsel of record below in accordance with these Rules on this the 28th day of September, 2015.

George E. Hyde
Scott M. Tschirhart
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
george.hyde@rampage-aus.com
scott.tschirhart@rampage-aus.com

*Counsel for Appellant*

/s/ Nicholas D. Stepp
Nicholas D. Stepp

2